FILED

DEC 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____TG_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Albert Dewey Sevy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL BANK, et al.,<br><br>　　　　Defendants. | Case No. F05-0008 CV (RRB)<br><br>**ORDER RE MOTION FOR<br>FINDINGS AND CONCLUSIONS** |

Plaintiff Albert Dewey Sevy has requested Findings of Fact and Conclusions of Law (Docket 29) regarding the Court's previous Order dismissing Defendants Alaska Law Offices, Steven L. Jones, and Winston J. Burbank (Docket 27). The Court set forth in detail the legal basis for its decision and the rationale for its reasoning in the Order Granting Defendants' Motion to Dismiss. At this juncture, the Court is required to do nothing more. However, given Plaintiff's pro se status, and in an effort to make sure that nothing has been overlooked, the Court will treat Plaintiff's motion as a motion for reconsideration. Defendants may have until **December 15, 2005,** to submit any opposition thereto.

ORDER RE MOTION FOR FINDINGS AND CONCLUSIONS - 1
F05-0008 CV (RRB)

The Court notes that there still remains one Defendant in the lawsuit, Universal Bank NA, but this entity has yet to be properly served. If Plaintiff wishes to proceed against this party, service must be completed in accordance with the Federal Rules of Civil Procedure.

ENTERED this 5 day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

F05-0008--CV (RRB)

S. JONES
A. SEVY
B. PAGE (AAG-200)      12-5-05

ORDER RE MOTION FOR FINDINGS AND CONCLUSIONS - 2
F05-0008 CV (RRB)