DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Brenda B. Page
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-6612
Fax: (907) 258-4978
Brenda_Page@law.state.ak.us

Attorney for The Honorable Winston S. Burbank

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALBERT SEVY,<br><br>               Plaintiff,<br><br>v.<br><br>UNIVERSAL BANK NA, ALASKA LAW OFFICES, STEVEN L. JONES, WINSTON S. BURBANK,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. F05-0008 CIV (RRB) |

### DEFENDANT'S REQUEST FOR ORDER

Defendant, the Honorable Winston S. Burbank ("Judge Burbank"), by and through the Office of the Attorney General, requests that the Court issue an order confirming the finality of its dismissal of this matter and confirming that no responses or oppositions are appropriate or necessary for post-dismissal motions filed by the plaintiff.

The Court dismissed this action in its entirety on October 24, 2005. After the dismissal, on November 3, 2005, the plaintiff, Albert Sevy, filed a motion for findings of fact and conclusions of law. On December 5, 2005, this Court issued an order indicating

that it would treat Mr. Sevy's motion as a motion for reconsideration. Defendants filed oppositions to Mr. Sevy's motion and the Court issued an order on December 20, 2005, reaffirming its Order of Dismissal. After the Court's reaffirmance of its dismissal, Mr. Sevy *again* filed a motion for findings of fact and conclusions of law, now alleging that Judge Burbank's counsel in this matter "attempts to work multiple frauds on the court" by representing in the opposition brief that Judge Burbank is a judge.

Because the Court dismissed this matter and reaffirmed the dismissal after reconsideration, Mr. Sevy's new motion should not be accepted or considered by the Court. Moreover, Defendants should not be obligated to file any opposition or response to Mr. Sevy's new motion or to any further motions filed by Mr. Sevy in this matter. Notably, in his second post-dismissal motion, Mr. Sevy objects to the opposition to his first post-dismissal motion, thus setting up a potentially endless loop of motions and oppositions. Mr. Sevy should not be allowed to force the Court and Defendants to expend unnecessary time and resources in this manner.

Therefore, Judge Burbank requests that the Court issue an Order confirming that: (1) the Court has issued its final decision in this matter; (2) no responses or oppositions are appropriate or necessary for post-dismissal motions filed by the plaintiff; and (3) a failure to

///

///

Defendant's Request for Order 2
*Albert Sevy v. Universal Bank NA, Alaska Law Offices, Steven L. Jones, Winston S. Burbank*, F05-0008 CIV (RRB)

respond to such post-dismissal motions will not be deemed an admission that the motion is well-taken or a waiver of Defendants' rights to oppose the allegations therein.

DATED: December 29, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Brenda B. Page
Brenda B. Page
Assistant Attorney General
Alaska Bar No. 0303007

Attorney for the Honorable Winston S. Burbank

**CERTIFICATE OF SERVICE**

This is to certify that on December 29, 2005, a true and correct copy of the **DEFENDANT'S REQUEST FOR ORDER and PROPOSED ORDER** in this proceeding was served by first class U.S. Mail on the following:

Albert Sevy c/o
3156 Brookview Lane
North Pole, AK 99705

Alaska Law Offices, and
Steven L. Jones
921 West Sixth Avenue, Suite 200
Anchorage, AK 99501

Universal Bank NA
Address Unknown
Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a copy will be filed with the Clerk of Court for service purposes.

/s/ Kelly Page
Signature

Defendant's Request for Order 3
Albert Sevy v. Universal Bank NA, Alaska Law Offices,
Steven L. Jones, Winston S. Burbank, F05-0008 CIV (RRB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100