IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALBERT SEVY,

        Plaintiff,

v.

UNIVERSAL BANK NA, ALASKA LAW
OFFICES, STEVEN L. JONES,
WINSTON S. BURBANK,

        Defendants.

Civil No. F05-0008 CIV (RRB)

LODGED DEC 2 9 2005

FILED DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

### ORDER

Having dismissed this matter on October 24, 2005, and after reconsideration, having reaffirmed its Order of Dismissal on December 20, 2005,

IT IS HEREBY ORDERED that: (1) the Court has issued its final decision in this matter; (2) no responses or oppositions are appropriate or necessary for post-dismissal motions filed by the plaintiff; and (3) a failure to respond to such post-dismissal motions will not be deemed an admission that the motion is well-taken or a waiver of the defendants' rights to oppose the allegations therein.

Dated: December 30, 2005.

The Honorable Ralph R. Beistline
U.S. District Court Judge

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100